IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE'S NO. 01-452-M |
| WILLIAM CLARK | : | |

### GOVERNMENT'S MOTION TO DISMISS
### THE COMPLAINT AND WARRANT

The United States of America, through its attorneys, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Jose R. Arteaga, Assistant United States Attorney, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the complaint and warrant, and in support thereof avers as follows.

1. On May 30, 2001, William Clark was charged by complaint and warrant with using a telephone willfully to make a threat to kill, injure and intimidate an individual and unlawfully to damage and destroy a building by means of an explosive, in violation of Title 18, United States Code, Section 844(e). The defendant was not taken into custody because his whereabouts were unknown.

2. Rule 48(a) of the Federal Rules of Criminal Procedure provides the government "may by leave of the court file a dismissal of a . . . complaint and the prosecution shall thereupon terminate." Such a dismissal is presumed to be without prejudice. See United States v. Ortega Alvarez, 506 F.2d 455, 458 (2d Cir.) (dismissal under Rule 48 "is without prejudice to the government's right to reindict for the same offense, unless the contrary is expressly stated"); United

States v. Davis, 487 F.2d 112 (5th Cir. 1973) (same); DeMarrias v. United States, 487 F.2d 19, 21 (8th Cir. 1973) (same); United States v. Chase, 372 F.2d 453, 463 (4th Cir. 1967).

      3.      The government's investigation revealed that there is insufficient credible evidence for a successful prosecution of this matter.

WHEREFORE, it is respectfully submitted that the ends of justice will be best served by a dismissal of the complaint.

      Respectfully submitted,

      PATRICK L. MEEHAN
      *United States Attorney*

      _____
      DAVID B. WEBB
      *Assistant United States Attorney*
      *Chief, Violent Crime, Terrorism & Immigration Fraud Unit*

      _____
      JOSE R. ARTEAGA
      *Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE'S NO. 01-452-M |
| WILLIAM CLARK | : | |

**ORDER**

AND NOW, this           day of                      , 2005, upon consideration of the government's motion to dismiss the complaint and warrant, and any response thereto, it is hereby ORDERED that the complaint and warrant are dismissed without prejudice.

BY THE COURT:

_____
M. FAITH ANGELL
*United States Magistrate Judge*